**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**MARCELO PHILIPE ORNELAS MAIA;**
**EMILY MARIA LEYVA**

**Petitioners**

**v.**

**DENIS RIORDAN, District Director, United States Citizenship and Immigration Services;**
**ROSE KENDRICK, Acting Director, National Benefits Center at United States Citizenship and Immigration Services;**
**JOSEPH EDLOW, Director, United States Citizenship and Immigration Services**
**KRISTI NOEM, Secretary, U.S. Department of Homeland Security;**
**PAMELA BONDI, Attorney General of the United States**

**Respondents**

**Case No.: 1:26-cv-10601**

## PETITION FOR WRIT OF MANDAMUS

Petitioner, by and through undersigned counsel, respectfully petitions this Court for a writ of mandamus pursuant to 28 U.S.C. § 1361, compelling the United States Citizenship and Immigration Services ("USCIS") to adjudicate the Form I-130 filed on Petitioner's behalf, and alleges as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1361 (mandamus jurisdiction).
2. Venue is proper in this District under 28 U.S.C. § 1391(e) because the Petitioner resides in this district and no real property is involved in the action.

## II. PARTIES

3. Petitioner, Marcelo Philipe Ornelas Maia, is a native and citizen of Brazil, currently residing in Malden, MA 02148, within the jurisdiction of this Court.

4. Petitioner, Emily Maria Leyva, is a United States citizen, currently residing in Malden, MA 02148, within the jurisdiction of this Court.

5. Respondent, Denis Riordan, is the District Director, USCIS and is sued in their official capacity.

6. Respondent, Rose Kendrick, is the Acting Director, National Benefits Center USCIS and is sued in their official capacity.

7. Respondent, Joseph Edlow, is the Director of USCIS and is sued in their official capacity.

8. Respondent, Kristi Noem, is the Secretary of the Department of Homeland Security and is sued in their official capacity.

9. Respondent, Pam Bondi, is the Attorney General of the United States and is sued in their official capacity.

## III. STATEMENT OF FACTS

10. A Petition for Alien Relative (Form I-130) was filed on Petitioner's behalf with USCIS on or about February 2023.

11. Since February 2023, USCIS has failed to adjudicate the Form I-130 filed on Petitioner's behalf.

12. As of the date of this filing, approximately three years have passed since the filing of the Petition for Alien Relative and the Petition remains pending without decision and without lawful justification.

13. USCIS's published historical processing-time data reflects that Form I-130, Petition for Alien Relative, in the "Immediate Relative" category had a national median processing

time of 11.8 months in Fiscal Year 2023. USCIS explains that the "median" represents the time it took to complete half of the cases in the relevant period, and defines processing times as the number of months from receipt to completion in a given time period. As of the date of this filing, approximately three years have elapsed since Form I-130 was filed on Petitioner's behalf, and the petition remains pending without decision, far exceeding USCIS's own published historical median and constituting an unreasonable delay.

3. This delay has caused and continues to cause substantial hardship, including but not limited to inability to travel freely, insecurity of immigration status, employment limitations, and emotional distress.

## IV. CLAIM FOR RELIEF

4. Petitioner has a clear and certain right to have their immigration application adjudicated within a reasonable time.

5. Respondents have a non-discretionary, ministerial duty to act on the Form I-130 filed on Petitioner's behalf.

6. Respondents' failure to adjudicate the Form I-130 filed on Petitioner's behalf constitutes an unreasonable delay in violation of the APA, 5 U.S.C. § 555(b), and 5 U.S.C. § 706(1).

7. A writ of mandamus is appropriate where the government fails to perform a duty owed to the Petitioner and there is no other adequate remedy available.

## V. PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Court:

A. Issue a writ of mandamus compelling Respondents to promptly adjudicate the Form I-130 filed on Petitioner's behalf;

B. Award reasonable attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, if applicable; and

C. Grant such other and further relief as the Court deems just and proper.

Dated: February 6, 2026

Respectfully submitted.

Marcelo Philipe Ornelas Maia,
Emily Maria Levya.
By their Attorney,

/s/ Brian L. Hurley

Brian L. Hurley, Esq.
BBO # 710451
235 Marginal Street
Chelsea, MA 02150
(t) 617-884-1000
(e) BHurley@GeorgesCoteLaw.com
*Counsel for Petitioner*